Jeffrey M. Gottlieb, Esq. (JG-7905)
Dana L. Gottlieb, Esq. (DG-6151)
GOTTLIEB & ASSOCIATES
150 East 18th Street
Suite PHR
New York, New York 10003
Tel:(212)228-9795
Fax:(212)982-6284
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

NOEL MONTALVO,

                                            Index No.: 11CV3854

             Plaintiff,

      -against-

YIGAL AZROUEL, INC., YIGAL AZROUEL
and JOHN DOES #1-10, Jointly and Severally
                          Defendants.
----------------------------------------------------------

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

      Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the Summons and Complaint in the above-captioned action without prejudice. This Notice of Dismissal is made without attorney fees, costs or any other fees to any party.

Dated: February 28, 2012

                                      **GOTTLIEB & ASSOCIATES**

                         By:_____
                              Jeffrey M. Gottlieb, Esq. (JG-7905)
                                Dana L. Gottlieb (DG-6151)
                                Attorneys for Plaintiff
                                150 East 18th Street
                                Suite PHR
                                New York, New York 10003
                                Tel:(212)228-9795

**PHILLIPS NIZER LLP**

By: _____

N. Ari Weisbrot, Esq. (NAW-6029)
Attorneys for Defendants
666 Fifth Avenue
New York, New York 10103
Tel:(212)977-9700

SO ORDERED:


_____
USDJ HOLWELL

2